JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY EMILIO GARCIA, | Case No. CV 14-1840 JFW(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| J. SOTO, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: April 11, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE